**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 28 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff - Appellee,<br><br>    v.<br><br>HENRY GARCIA-DE LEON, a.k.a.<br>Carlos Andrade-Enrique, a.k.a. Ricardo<br>Lopez-Ortiz,<br><br>            Defendant - Appellant. | No. 13-10344<br><br>D.C. No. 2:12-cr-01881-NVW<br><br>MEMORANDUM* |

Appeal from the United States District Court
for the District of Arizona
Neil V. Wake, District Judge, Presiding

Submitted July 22, 2014**

Before:    GOODWIN, CANBY, and CALLAHAN, Circuit Judges.

Henry Garcia-de Leon appeals from the district court's judgment and

challenges his guilty-plea conviction and 52-month sentence for reentry of a

removed alien, in violation of 8 U.S.C. § 1326.  Pursuant to *Anders v. California*,

---

\*       This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

386 U.S. 738 (1967), Garcia-de Leon's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Garcia-de Leon the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED**.

**AFFIRMED.**